UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:20-CV-00190-JHM

ELECTRONICALLY FILED

GARY KEIM                                                                                                              PLAINTIFF

v.              **MOTION FOR SUMMARY JUDGMENT**

KEVIN MAZZA, ET AL.                                                                                          DEFENDANTS

Come the Defendants, Kevin Mazza and Bobbi Jo Butts, by counsel, and moves this Court pursuant to *Fed. R. Civ. P.* 56 to enter the attached Order granting the Defendants summary judgment as a matter of law.

Grounds for this motion are set forth in the accompanying Memorandum.

Respectfully submitted,

/s/ *ALLISON R. BROWN*
ALLISON BROWN (KBA # 91510)
DEPARTMENT OF CORRECTIONS
Office of Legal Services
P.O. Box 2400
Frankfort, Kentucky 40602-2400
Phone: (502) 564-4726 Ext. 22336
E-Mail: allison.brown@ky.gov
*Counsel for Defendants Kevin Mazza and Bobbi Jo Butts*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2023, I electronically filed this document with the Court by using the CM/ECF system. I further certify that I mailed this document first class, postage prepaid to the following non-CM/ECF participants:

Gary Keim, #229228
Little Sandy Correctional Complex
505 Prison Connector
Sandy Hook, Kentucky 41171

                                    */s/ Allison R. Brown*
                                    *Counsel for Defendants Kevin Mazza and Bobbi Jo Butts*