Name: Keim, Gary L.　　　　　　　　　　　　　　　　　　　　　　　　DOC #: 229228  PID #: 0282810
IPTS022B　　　　　　　　　　　　　　　**Bed Assignment**　　　　　　　　Friday March 31, 2023 11:04:53 AM

| | |
|---|---|
| Assignment Date*: | 05/03/2020 |
| Facility*: | Green River Corr. Complex |
| Housing Area*: | 2　AL |
| Normal Bed Use: | Merit (GP) |
| Assignment Reason*: | Not Specified |
| Approved by Staff*: | Kessinger, Patrick H |

Time*: 03:28:00 PM
Bed ID*: 14U

Status*: Unassigned　　As of Date*: 05/07/2020　　Time*: 11:53:00 AM　　**Status History**

**Comments**

None

**Prepare To Update**　**Prior Page**

Show Last Updated Information

Exhibit A