Exhibit B

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO
# CIVIL ACTION NO. 4:20-CV-00190-JHM

ELECTRONICALLY FILED

GARY KEIM                                                                          PLAINTIFF

v.            **AFFIDAVIT OF KIERYN FANNIN**

KEVIN MAZZA, ET AL.                                                                DEFENDANTS

---

Affiant, Kieryn Fannin, after being duly sworn, states as follows:

1. I am the Division Director for the Population Management Division/Classification Branch of the Kentucky Department of Corrections.

2. I am making this Affidavit from my personal knowledge, gained during the course of my employment with the Kentucky Department of Corrections.

3. The Classification Branch is responsible for reviewing classification appeals made by inmates.

4. Bed assignments and housing assignments are classification decisions. (CPP 18.1(II)(K)(1)). Classification decisions are non-grievable under the general grievance procedure found in Kentucky Department of Corrections Policy and Procedure ("CPP") 14.6 Inmate Grievance Procedure. Instead, an inmate who wishes to appeal their bed or housing assignment must pursue their administrative remedy pursuant to the procedure set out in CPP 18.1 Classification of the Inmate, subsection (II)(M).

5. Pursuant to CPP 18.1(II)(M)(1), an inmate may appeal any classification action, including bed or housing assignments, to the Warden or his designee within five (5) working days of the action. If the inmate is not satisfied with the Warden's response, the inmate may request in writing to the Director of Population Management or designee that his case be reviewed under CPP

18.1(II)(M)(2). The inmate must make this request within five (5) working days of receiving the Warden's response. There is no further review available beyond this second level.

6. Classification appeals that inmates pursue to the second level of review are forwarded to my office.

7. I have reviewed my office's records pertaining to classification appeals for any appeals made by inmate Gary Keim #229228. My office has no record of inmate Keim filing a classification appeal regarding his May 7, 2020 assignment to Dorm 6 at Green River Correctional Complex.

FURTHER AFFIANT SAITH NAUGHT.

_____
Kieryn Fannin, Affiant

COMMONWEALTH OF KENTUCKY

COUNTY OF FRANKLIN

SUBSCRIBED AND SWORN TO before me this 30th day of March, 2023, by Kieryn Fannin.

_____
Notary Public

My Commission expires: 5/8/2023