UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:20-CV-00190-JHM

ELECTRONICALLY FILED

GARY KEIM                                                           PLAINTIFF

v.                                    **ORDER**

KEVIN MAZZA, ET AL.                                                 DEFENDANTS

---

This matter is before the Court on the Defendants' Motion for Summary Judgment and the Court having reviewed the pleadings herein and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Motion for Summary Judgment is GRANTED.

There being no just cause for delay, this is a final and appealable order.