UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:20-cv-190-CRS

GARY KEIM,       PLAINTIFF

V.                              NOTICE OF APPEAL

KEVIN R. MAZZA, et al.
                DEFENDANTS

FILED
JAMES J. VILT, JR. - CLERK
APR 11 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Gary Keim, Pro Se, Appeals to the UNited States Court of Appeals for the 6th Circuit, from the Final Judgment, entered on March 25, 2024, from the Distrcit Court at Owensboro, case Number 4:20-cv-190-CRS.

Gary Keim, Pro Se
Little Sandy Corr. Complex
505 Prison Connector Road
Sandy Hook, KY 41171

## NOTICE/SERVICE

This is to give Notice that the "Notice of Appeal" was mailed to the United States District Court, Western District at Owensboro, Federal Building, 423 Frederica Street, RM 126, Owensboro, Ky 42301-3013
And to the United States Court of Appeals-6th Circuit, Clerk. Kelly L. Stephens, Potter Stewart U.S. Courthouse, 100 East 5th Street, RM 540, Cincinnati, Ohio 45202 via USPS Mail on This _5th_ day of April, 2024.

This is to attest that a true and correct copy of the "Notice of Appeal" was mailed to the Defedants Attorney, Allison Brown, Dept. of Corrections, Office of Legal Services, P.O. Box 2400, Frankfort, KY 40602-2400 via the USPS on this _5th_ day of April 2024.

Gary Keim, Pro Se